**Blanco Galvez GUILLERMO; et al., Petitioners,**

**v.**

**Alberto R. GONZALES, Attorney General, Respondent.**

**No. 05–76411.**

United States Court of Appeals, Ninth Circuit.

Submitted July 24, 2006.*

Decided July 31, 2006.

Blanco Galvez Guillermo, Santa Ana, CA, pro se.

Silvia Sanchez–Castrejon, Santa Ana, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, OIL, DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

Blanco Galvez Guillermo and Silvia Sanchez–Castrejon, natives and citizens of Mexico, petition pro se for review of the Board of Immigration Appeals' ("Board")

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

denial of their motion to reconsider the Board's earlier denial of their motion to reopen removal proceedings. The Board acted within its discretion in denying petitioners' motion to reconsider because petitioners failed to demonstrate any errors of fact or law in the Board's earlier decision. *See* 8 C.F.R. § 1003.2(b)(1); *Socop–Gonzalez v. INS*, 272 F.3d 1176, 1180 n. 2 (9th Cir.2001) (en banc). Petitioners' contention that the Board failed to adequately consider the factors in their case is not supported by the record.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.